JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN MAIDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>P. FINANDER, et al.,<br><br>        Defendants. | Case No. CV 12-01818-CJC (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith.

IT IS HEREBY ADJUDGED that this action be dismissed with prejudice.

DATED: November 6, 2013

                      CORMAC J. CARNEY
            UNITED STATES DISTRICT JUDGE